**FILED**

OCT **17** 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S4-4:18 CR 270 CDP PLC |
| | ) |
| ANTHONY MORRIS and | ) |
| ANTIONE HILL, | ) |
| | ) |
| Defendants. | ) |

## **FOURTH SUPERSEDING INDICTMENT**

### **COUNT ONE**

The Grand Jury charges that:

On or about March 7, 2018, in the City of St. Louis, within the Eastern District of Missouri,

### **ANTHONY MORRIS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted

in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year,

and the firearm previously traveled in interstate or foreign commerce during or prior to being in

defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### **COUNT TWO**

The Grand Jury further charges that:

On or about November 6, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

### **ANTIONE HILL,**

did intentionally forcibly assault, resist, oppose, impede, and interfere with Jeff Thayer, a Special

Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, and the Defendant did so through the use of a dangerous weapon while Agent Thayer was engaged in the performance of his official duties with respect to Count I of this Indictment, which involved physical contact with and inflicted bodily injury on Agent Thayer.

In violation of Title 18, United States Code, Section 111(a)(1) and punishable under Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney